UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF MIHAILS ULMANS FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. 23-mc-00023 |

**[Proposed]**
**ORDER GRANTING JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

THIS MATTER having been brought before the Court pursuant to 28 U.S.C. § 1782 by Mihails Ulmans through his attorneys Lewis Baach Kaufmann Middlemiss PLLC, and the Court having considered the Application papers, and all other submissions before it; and for good cause shown;

IT IS on this _____ day of _____, 202__,

**ORDERED** that the Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 be, and it hereby is, **GRANTED**; and it is further

**ORDERED** that Arthur D. Middlemiss, Esq. of Lewis Baach Kaufmann Middlemiss PLLC is hereby appointed Commissioner of the Court with the power to issue subpoenas to relevant financial institutions requiring them to provide deposition testimony and produce documents within their possession, custody, or control concerning correspondent banking activity of or relating to the interests of Martins Bunkus.

**SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE