USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
In Re Application of :
:
MIHAILS ULMANS : 1:23-mc-23-GHW
:
For Judicial Assistance Pursuant to 28 U.S.C. : ORDER REFERRING CASE TO
§ 1782 : MAGISTRATE JUDGE
:
:
:
------------------------------------------------------------X

The above entitled action is referred to a United States magistrate judge for the following purpose:

___ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__X__ Specific non-dispositive motion/dispute:

    Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas corpus

___ Social Security

___ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____
_____

All such motions: _____

SO ORDERED.

Dated: January 28, 2023
      New York, New York

                                     _____
                                      GREGORY H. WOODS
                                      United States District Judge