UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE APPLICATION OF MIHAILS ULMANS FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** | Case No. 23-mc-00023 |

## APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record:

    I am admitted to practice in this Court, and I appear in this case as counsel for Applicant Mihails Ulmans.

Dated: New York, New York
       January 30, 2023

                                            Respectfully submitted,

                                            /s/ Solomon B. Shinerock
                                            Solomon B. Shinerock
                                            NY Bar No. 4764833
                                            LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                                            The Chrysler Building
                                            405 Lexington Avenue, 64th Floor
                                            New York, New York 10174
                                            Tel: (212) 822-0165
                                            Fax: (212) 826-7146
                                            Solomon.Shinerock@lbkmlaw.com

                                            *Attorney for Applicant Mihails Ulmans*