USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
In Re Application of                                           :
                                                               :
MIHAILS ULMANS                                                 :   1:23-mc-23-GHW
                                                               :
For Judicial Assistance Pursuant to 28 U.S.C.                  :   ORDER
§ 1782                                                         :
                                                               :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 30, 2023, counsel for Applicant Mihails Ulmans filed a form consent to the jurisdiction of a United States magistrate judge. Dkt. No. 8. As the form consent filed by Applicant's counsel states, such a consent is effective to permit the magistrate judge to conduct all proceedings in this matter "only if all parties voluntarily consent." *Id.* The Court declines to refer the matter to the assigned magistrate judge pursuant to 28 U.S.C. § 636(c) because the consent filed by Applicant's counsel is signed only by Applicant and Applicant's counsel, and has not been signed by the correspondent banks that are the respondents to the application for judicial assistance. *See* Dkt. No. 3 at 1 (requesting an order of judicial assistance appointing Arthur D. Middlemiss, Esq. as Commissioner of the Court to facilitate the issuance of subpoenas and gathering of evidence from correspondent banks). The matter has been referred to the assigned magistrate judge. *See* Dkt. No. 6.

SO ORDERED.

Dated: January 31, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge