| UNITED STATES DISTRICT COURT | |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | 23-mc-00023 (VF) |
| ------------------------------------------------------------X | |
| IN RE APPLICATION OF MIHAILS ULMANS | **ORDER SCHEDULING** |
| FOR JUDICIAL ASSISTANCE PURSUANT TO | **CONFERENCE** |
| 28 U.S.C. § 1782. | |
| ------------------------------------------------------------X | |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A telephonic conference in this matter is hereby scheduled for **Thursday, April 20, 2023 at 3:00 p.m.** Counsel is directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code 9781335.**

SO ORDERED.

DATED:    New York, New York
         April 18, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge