

Solomon B. Shinerock
212 822 0165
solomon.shinerock@lbkmlaw.com

May 1, 2023

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. , Room 2260
New York, NY 10007-1312

    Re:    **In re: Application of Mihails Ulmans for Judicial Assistance Pursuant to 28 U.S.C. § 1782, No. 1:23-mc-00023-GHW-VF**

Dear Judge Woods,

    We represent Mr. Ulmans in the above-referenced *ex parte* application for judicial assistance. Our client is approaching a full year of unconsented, pre-trial incarceration in a Latvian prison, in connection with a murder for which he has steadfastly maintained his utter and actual innocence. There is no direct evidence and vanishingly thin circumstantial evidence of any involvement by our client in the murder for which he is imprisoned. Through our application, we seek urgently the Court's assistance as part of a process to identify alternative suspects to exonerate our client.

    We filed our *ex parte* application here on January 26, 2023. On April 20, 2023, Magistrate Judge Figueredo issued a report recommending the Court grant our application (ECF No. 13). We appreciate the Court's heavy schedule and would not ordinarily seek the indulgence of an appearance at this juncture, but given the gravity of our client's situation, and that this proceeding represents perhaps his only opportunity to meaningfully challenge the charges against him, we respectfully request a hearing at the earliest opportunity to address our application and answer any questions the Court may have.

                          Respectfully,

                            Solomon B. Shinerock