```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
:
:
IN RE APPLICATION OF MIHAILS ULMANS   :   1:23-mc-23-GHW-VF
FOR JUDICIAL ASSISTANCE PURSUANT TO :
28 U.S.C. § 1782                                        :   <u>ORDER</u>
:
:
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On May 4, 2023, objections to Judge Figueredo's report and recommendation were submitted by Ojars Bunkus, Kaspars Bunkus, and Kirstaps Bunkus. Dkt. No. 16 (the "Objections"). Applicant Mihails Ulmans' opposition to the Objections, if any, is due no later than May 12, 2023.

SO ORDERED.

Dated: May 4, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge